ACCEPTED
12-14-00360-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/19/2015 2:41:16 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568     FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/19/2015 2:41:16 PM

CATHY S. LUSK
Clerk

February 19, 2015

Tenisha Ruth
13502 Northborough
Huston, Texas 77396

CERTIFIED MAIL
RETURN RECIRPT REQUESTED
#7012 2210 0001 8762 2555

Re:     Cause No.12-14-00360-CR
Trial Court No. 2013-0659

Dear Tenisha:

Enclosed is a copy of the Opinion received from the Twelfth Court of Appeals wherein the judgment of the trial court was granted and the appeal was dismissed on February 18, 2015.

Under Rule 68, Texas Rules of Appellate Procedure, you may file a Petition for Discretionary Review with the Texas Court of Criminal Appeals within thirty days of the court's decision or March 20, 2015. The Texas Court of Criminal Appeals is the highest court in Texas. The court reviews whether **legal** errors occurred in your case. You would need to submit written issues or questions to the court for review. I do not recommend any appeal.

If you decide to file a pro se Petition for Discretionary Review, you must file your petition on or before January 20, 2015 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

The Petition for Discretionary Review should be accordance with Rules 66-68 of the Texas Rules of Appellate Procedure. You may want to consult with someone in the law library to assist you in preparing a Petition for Discretionary review if you chose to file a petition. I am sending the Court of Appeals opinion to you as required under Rule 48.4 of the Texas Rules of Appellate Procedure.

Sincerely,

Albert J. Charanza, Jr.

via e-file

CC:     Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .48 |
| Certified Fee | 3.20 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

Sent To Tenisha Ruth
Street, Apt. No.; or PO Box No. 13502 Northborough
City, State, ZIP+4 Houston Texas 77396

7012 2210 0001 8762 2555

PS Form 3800, August 2006                See Reverse for Instructions

7012 2210 0001 8762 2555
7012 2210 0001 8762 2555

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tenisha Ruth
13502 Northborough
Houston Texas 77396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7012 2210 0001 8762 2555

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540